

**Saiber**
ATTORNEYS AT LAW

William F. Maderer
 973.645.4814
wmaderer@saiber.com

October 27, 2014

**VIA CM/ECF AND FIRST-CLASS MAIL**
Honorable Joel A. Pisano, U.S.D.J.
**Clarkson S. Fisher Federal Building &
 U.S. Courthouse**
402 East State Street
Trenton, New Jersey 08608

  Re: **W.P. v. Princeton University, et al.**
     **Civil Action No. 3:14-cv-01893-JAP-TJB**

Dear Judge Pisano:

  We represent Defendants Princeton University, Cynthia Cherrey, Cole Crittenden, Kathleen Deignan, John Kolligian, Anita McLean, Michael Olin, and Shirley Tilghman (collectively "Defendants") in the above referenced matter.

  Presently returnable before Your Honor on November 3, 2014 is Defendants' Motion for Partial Dismissal of the Complaint [ECF No. 12] ("Motion"). On October 20, 2014 -- after Defendants filed their Motion -- Plaintiff filed an Amended Complaint [ECF No. 14].

  Defendants will file a new pleading responsive to the Amended Complaint. In the interim, Defendants respectfully request that the Motion for Partial Dismissal of the Complaint be withdrawn.

  We thank the Court for its consideration in this matter.

            Respectfully submitted,

            */s William F. Maderer*

            William F. Maderer

WFM/mt
cc: W.P., *Plaintiff, Pro Se*, (jon.doe5654@yahoo.com)

Saiber LLC · 18 Columbia Turnpike · Suite 200 · Florham Park, New Jersey · 07932 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com

00978501.DOC  Florham Park · Newark · New York · Atlantic City · Point Pleasant Beach