

**William F. Maderer**
973.645.4814
wmaderer@saiber.com

December 12, 2014

**VIA CM/ECF & EMAIL**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
**Clarkson S. Fisher Federal Building &**
   **U.S. Courthouse**
402 East State Street
Trenton, New Jersey 08608

  Re: **W.P. v. Princeton University, et al.**
    **Civil Action No. 3:14-cv-01893-JAP-TJB**

Dear Judge Bongiovanni:

  As you know, we represent Princeton University and the Named Individual Defendants (collectively "Defendants") in the above-referenced matter.  This letter supplements Defendants' Opposition to Plaintiff's Application for Orders Allowing him to Proceed Anonymously and Otherwise Protect his Identity from Public Disclosure [ECF No. 19] ("Opposition").

  Plaintiff persists in attacking Defendants in the media from beneath a cloak of anonymity; most recently, to Defendants' knowledge,  in *The New Yorker* (Dec. 1. 2014) http://www.newyorker.com/news/news-desk/suicidal-students-allowed-campus (uses pseudonym W.P. to contend that he has felt "a little hunted" among Princeton administrators since returning to campus).  His continued conduct is fundamentally unfair and further undermines his request to proceed anonymously.  *See* Opposition, 9-10.  Thus, Defendants, again, submit that the Court should deny his Application.

  We thank the Court for its consideration in this matter.

           Respectfully submitted,

          */s William F. Maderer*

          William F. Maderer

WFM/mt
Enclosures
cc: W.P., *Plaintiff, Pro Se*, (jon.doe5654@yahoo.com)
   Henry Morris, Jr. Esq.
   Karen S. Vladeck, Esq.