## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.P., <br><br> Plaintiff, <br><br> v. <br><br> PRINCETON UNIVERSITY, et al. <br><br> Defendants. | Case No.:  3:14-CV-01893-JAP-TJB <br><br> **REQUEST BY RUTH LOWENKRON FOR *PRO HAC VICE* ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> *DOCUMENT FILED ELECTRONICALLY* |

Request is hereby made by Ruth Lowenkron for *pro hac vice* counsel Theodore A. Howard and Michael J. Gridley to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [ECF No. 43].

2. The admission fee, in the sum of $300.00 and pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for both Theodore A. Howard and Michael J. Gridley [Receipt No. TRE061056].

Dated: September 25, 2015         Respectfully submitted,

By:   /s/_____
Ruth Lowenkron, Esq.
Disability Rights New Jersey
210 Broad Street, 3rd Floor
Trenton, NJ 08608
609-292-9742 (voice)
609-633-7106 (TTY)
609-777-0187 (fax)
RLowenkron@DRNJ.org

**PRO HAC VICE ATTORNEY INFORMATION**
Theodore A. Howard (thoward@wileyrein.com)
Michael J. Gridley (mgridley@wileyrein.com)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
T: (202) 719-7000