UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JESSE WATKINS : Civil No. 12-4851(FLW)

vs. :

M. MERRIEL et al.
:

    It appearing that **JESSE WATKINS SBI#25457B** is now confined in New Jersey State Prison under the custody of the Warden of said institution, and is a plaintiff in the above entitled cause which will be brought on for hearing before the UNITED STATES DISTRICT COURT, for the DISTRICT OF NEW JERSEY, on the **27ᵀᴴ** day of **OCTOBER**, 2015, at the Federal Building, 402 E. State Street, Trenton, New Jersey at **9:30 A.M.** (Courtroom #5E).

    It is ORDERED on this 20ᵀᴴ day of October 2015, that a Writ of Habeas Corpus do issue.

                       */s/ Freda L. Wolfson*
                        Hon. Freda L. Wolfson,   USDJ

-----------------------------------------------------------------

WRIT OF HABEAS CORPUS The United States of America to

**Warden, New Jersey State Prison** We command you that you have the body of **JESSE WATKINS SBI#25457B** (by whatever name called or changed), now confined in **NEW JERSEY STATE PRISON** before the United States District Court in the Federal Building (402 E. State Street,) Trenton, New Jersey commencing **OCTOBER 27, 2015**, in civilian clothes for a Civil Motion Hearing in the above captioned matter. Immediately on completion of the proceedings, the above will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Freda L. Wolfson, USDJ at Trenton, New Jersey.

                                WILLIAM T. WALSH, CLERK
                                U.S. DISTRICT COURT

DATED: October 20, 2015

                           BY:   *s/Jacqueline Gore*
                               Deputy Clerk