UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.P.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PRINCETON UNIVERSITY, et al.<br><br>*Defendants*. | Civil Action No. 3:14-cv-1893 (PGS)(TJB)<br><br><u>**ORDER**</u> |

Having carefully reviewed and taken into consideration the submissions of Plaintiff W.P. and Defendants, which include Princeton University, as well as Cynthia Cherrey, Cole Crittenden, Kathleen Deignan, John Kolligian, Anita McLean, Michael Olin, and Shirley Tilghman ("named individual Defendants), for the reasons stated on the record, and for good cause shown,

**IT IS** on this 23rd day of October, 2015,

**ORDERED** that Defendants' Partial Motion to Dismiss (ECF No. 21) is GRANTED as to W.P.'s Rehabilitation Act and Americans with Disabilities Act claims against the named individual Defendants, W.P's fraud claims, and all of his claims against President Tilghman; and it is further

**ORDERED** that Defendants' Partial Motion to Dismiss is DENIED as to the intentional infliction of emotional distress claims against all Defendants except President Tilghman, and the breach of contract and good faith and fair dealing claims; and it is therefore

**ORDERED** that President Tilghman is dismissed from the action.

_____
PETER G. SHERIDAN, U.S.D.J.