```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                  Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                Date: July 6, 2016
Court Reporter:  Frank Gable

TITLE OF CASE:                         CIVIL 14- 1893 (PGS)
W. P.

     vs.

PRINCETON UNIVERSITY, et al

APPEARANCES:
Ruth A. Lowenkron and  Theodore A. Howard, Esqs for Plaintiff

Henry Morris, Jr. and William F. Maderer, Esqs for Defendants

NATURE OF PROCEEDINGS:
Telephone conference held.

Hearing on motion [70] by Theodore A. Howard to Amend/Correct Confidentiality Order.
Ordered motion reserved.


TIME COMMENCED: 11:00 AM               Dolores J. Hicks
TIME ADJOURNED: 12:00 PM                  Deputy Clerk
TOTAL TIME:       1:00