# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**                                                    **April 24, 2018**
**OFFICE**                                                        **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                                      CV-14-1893 (PGS)

W.P.,
    V.
PRINCETON UNIVERSITY, et al.,

**APPEARANCES:**

Mary Ciccone, Esq., Danielle Barondess, Esq., & Parker Lavin, Esq., for Plaintiff
Henry Morris, Esq., & Ryan San George, Esq., for defendants

**NATURE OF PROCEEDING:**

Telephone conference held.
The parties are to report back to the Court electronically to **tjb_orders@njd.uscourts.gov** no later than 5/15/2018, with a written status update as well as the documents for the Court's in camera review.

TIME COMMENCED:      2:55pm
TIME ADJOURNED:      3:20pm                               s/ Mark Morelli
TOTAL TIME: 25 MINUTES                             Deputy Clerk