**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

W.P.,

Plaintiff,

v.

PRINCETON UNIVERSITY, *et al.*,

Defendants.

Civil Action No. 14-1893-PGS-TJB

*Document Electronically Filed*

SO ORDERED: [signature]
DATED: 8/13/19

**STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF CASE AGAINST PRINCETON**

PLEASE TAKE NOTICE that, under Fed. R. Civ. P. 41(a)(1)(A), Plaintiff W.P. and Defendant Princeton University, through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this case, with prejudice. Each party shall bear its or his own costs and attorneys' fees.

Respectfully submitted,

By: [signature]
Mary A. Ciccone, Esq.
DISABILITY RIGHTS NEW JERSEY
210 S. Broad Street, 3rd Floor
Trenton, NJ 08608
Phone: (609) 292-9742
Email: mciccone@drnj.org

Karen A. Bower (*pro hac vice*)
THE LAW OFFICE OF KAREN BOWER
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (202) 503-9093
Email: karen@kbowerlaw.com

Theodore A. Howard, Esq. (*pro hac vice*)
WILEY REIN LLP

By: [signature]
William F. Maderer, Esq.
Ryan E. San George, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Phone: (973) 622-3333
Email: wmaderer@saiber.com

Henry Morris, Jr., Esq. (*pro hac vice*)
Emily Slavin, Esq. (*pro hac vice*)
ARENT FOX LLP
1717 K Street, NW
Washington, D.C. 20006
Phone: (202) 857-6403
Email: morris.henry@arentfox.com
*Attorneys for Princeton and the*

1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Email: thoward@wileyrein.com

*Attorneys for Plaintiff*

*Individual Defendants*